# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0722
LT Case No. 2018-CF-1752

_____

RAYMOND DAVE HUCKS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Brooke Elvington, JD, PhD, of Brooke Elvington, Esq., Dunedin, for Appellant.

Ashley Moody, Attorney General and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

June 11, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____